[Sac. No. 855.  In Bank. — November 21, 1901.]

A. G. SCHLOESSER, Respondent, v. J. S. OWEN, Appellant.

APPEAL — MOTION TO DISMISS — EXTENSION OF TIME TO FILE UNDERTAKING — POWER OF COURT. — The court or judge has power to extend the time allowed by statute in which to file the undertaking on appeal, and the fact that it was not filed until thirty days after the service of the notice of appeal is not ground for a motion to dismiss the appeal, where it appears that it was filed within the time properly allowed by order of the judge of the court.

ID. — PROOF OF SERVICE OF NOTICE — AMENDMENT OF DEFECT. — A defect in proof of the service of the notice of appeal may be supplied by leave of the court at the hearing of a motion to dismiss the appeal.

MOTIONS to dismiss appeals from a judgment of the Superior Court of Lassen County and from an order denying a new trial. F. A. Kelley, Judge.

The facts are stated in the opinion of the court.

C. L. Claflin, J. T. Boyd, and W. M. Boardman, for Appellant.

Goodwin & Goodwin, and N. J. Barry, for Respondent.

BEATTY, C. J.—Motions to dismiss appeals from the judgment and order denying a new trial. The undertaking on the appeal from the judgment was not filed until thirty days after the notice of appeal was served and filed, but it was filed within the time as extended by order of the judge of the court, and it has been decided that the court or judge has the power to make such an order. (*Wadsworth* v. *Wadsworth*, 74 Cal. 104.) That decision has never been questioned, and we see no reason to question it. The proof of service of the notices of appeal, if defective originally, is cured by the affidavit filed in pursuance of leave granted at the hearing.

The motions are denied.

McFarland, J., Garoutte, J., Harrison, J., Temple, J., and Van Dyke, J., concurred.